IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3126 |
| | ) | |
| v. | ) | |
| | ) | |
| TIERRA LEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion to continue the detention hearing is granted.  The detention hearing is continued from January 16 to February 5, 2009 at 2:00 p.m. before the undersigned.

The defendant is required to be present for the hearing.

DATED this 15th day of January, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge