IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3126 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TIERRA LEE, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with Pretrial Services, and without objection by the government,

IT IS ORDERED that the defendant's motion to modify conditions of release (filing 36) is granted.

June 24, 2009.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge
                                  in the absence of Magistrate Judge Piester,
                                  and with the agreement of Judge Urbom