IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3126 |
| | ) | |
| V. | ) | |
| | ) | |
| TIERRA LEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

　　　　Because Judge Urbom has directed that the defendant be arrested and then remanded to the custody of the Bureau of Prisons to begin serving her sentence (filing 43),

　　　　IT IS ORDERED that the United States Marshals Service shall deliver the defendant to the Bureau of Prisons to begin serving her sentence and the previously scheduled initial appearance on the petition for action on conditions of pretrial release is cancelled.

　　　　DATED this 25th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge