IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3126 |
| | ) | |
| v. | ) | |
| | ) | |
| TIERRA LEE, | ) | MEMORANDUM AND ORDER ON |
| | ) | MOTION TO REDUCE SENTENCE |
| Defendant. | ) | PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| | ) | |

The defendant, Tierra Lee, acknowledges through her counsel that when she was sentenced on July 7, 2009, her base offense level was calculated under the post-November 1, 2007, amended crack guidelines. The retroactive amendment is inapplicable in this case. Furthermore, the defendant received the mandatory minimum sentence of 120 months. There is nothing further, therefore, that the defendant is entitled to that she has not already received.

IT IS ORDERED that the Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), filing 50, is denied.

Dated September 1, 2010.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge