IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3126 |
| | ) | |
| v. | ) | |
| | ) | |
| TIERRA LEE, | ) | ORDER ON MOTION TO WITHDRAW |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Motion to Withdraw, filing 55, is granted.

Dated September 20, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge